UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG EUGENE POOLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIE ELIZABETH DEMBEK,<br><br>　　　　Defendant. | No. 2:18-cv-02152-MCE-AC<br><br><br>**ORDER** |

　　　Plaintiff's Motion for Relief from Judgment (ECF No. 21) is DENIED.

　　　IT IS SO ORDERED.

Dated: May 21, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE